AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ROBERT E. HICKS,

      Plaintiff,

V.

DAVID ROGER, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00185-HDM-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED with prejudice as delusional and factually frivolous.

  3/18/2011

**LANCE S. WILSON**
Clerk

/s/ P. McDonald
Deputy Clerk