# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. HICKS,<br>#96457 | )<br>) |
| Plaintiff, | )  3:11-cv-00185-HDM-RAM |
| vs. | )<br>) **ORDER** |
| DAVID ROGER, *et al.*, | ) |
| Defendants. | ) |

On March 18, 2011, this court dismissed this action, which plaintiff styled as a prisoner civil rights action, as delusional and factually frivolous (docket #5), and judgment was entered (docket #6). Since that time, plaintiff has filed several documents styled as "notices" that are similarly delusional and factually frivolous (docket #s 7, 8, 9, 10). Moreover, this case is closed. Plaintiff shall file no further documents in this closed case. Any such documents shall be returned, unfiled, to plaintiff.

**IT IS THEREFORE ORDERED** that the following documents entitled "Notice" filed by plaintiff: docket #s 7, 8, 9, 10 are **STRICKEN**.

**IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed case. Any such documents shall be returned, unfiled, to plaintiff.

DATED this 22nd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE